UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JANA HUFFAKER HOMEYER, CHRIS HOMEYER,<br><br>             Plaintiffs,<br><br>   v.<br><br>BANK OF AMERICA, N.A. RECONTRUST COMPANY, N.A. MERSCORP, INC., "MERS" (MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.),<br><br>             Defendants. | Case No. 1:12-CV-0021-EJL-CWD<br><br>**JUDGMENT** |

Based upon this Court's Order Adopting Report and Recommendation, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs take nothing frm the Defendants and this case is **DISMISSED IN ITS ENTIRETY**.

DATED:  **September 17, 2012**

Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT - 1**