UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JANA HUFFAKER HOMEYER, CHRIS HOMEYER,<br><br>                  Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A. RECONTRUST COMPANY, N.A. MERSCORP, INC., "MERS" (MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.),<br><br>                  Defendants. | Case No. 1:12-CV-0021-EJL-CWD<br><br>**JUDGMENT** |

    Based upon this Court's Order Adopting Report and Recommendation, entered herewith, and the Court being fully advised in the premises;

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs take nothing frm the Defendants and this case is **DISMISSED IN ITS ENTIRETY**.

                      DATED: **September 17, 2012**

                      Honorable Edward J. Lodge
                      U. S. District Judge